IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00207-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE LOZANO-RIOS,
a/k/a Arturo Martinez,
a/k/a Angelo Lozano,
a/k/a Angel Hernandez,

      Defendant.

---

## ORDER SETTING TRIAL DATE

---

      This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **June 29, 2006** and responses to these motions shall be filed by **July 10, 2006**.  It is

      FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Friday, August 4, 2006 at 8:30 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a two-day jury trial is set for **Monday, August 14, 2006 at 1:30 p.m.**

DATED:  June 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge